20

The People of the State of Illinois, Plaintiff-Appellee, *v.* Bernard Terpening, Defendant-Appellant.

(No. 58757;

First District (3rd Division)—April 4, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

Paul Bradley, Deputy Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.